810

No. 726, October Term, 1942. MAYO ET AL. *v.* UNITED STATES. October 11, 1943. 319 U. S. 441.

No. 766, October Term, 1942. VIRGINIAN HOTEL CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. 319 U. S. 523.

No. 958, October Term, 1942. KENNEDY LAUNDRY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. 319 U. S. 770.

No. 892, October Term, 1942. COLE *v.* VIOLETTE ET AL. October 11, 1943. 319 U. S. 581.

No. 895, October Term, 1942. RUMBERGER *v.* WELSH ET AL. October 11, 1943. 319 U. S. 759.

No. 964, October Term, 1942. STANDARD DREDGING CORP. *v.* WALLING, ADMINISTRATOR. October 11, 1943. 319 U. S. 761.

No. 967, October Term, 1942. ELLIOTT *v.* BUCHANAN, WARDEN. October 11, 1943. 319 U. S. 775.

No. 987, October Term, 1942. BURALL *v.* JOHNSTON, WARDEN. October 11, 1943. 319 U. S. 768.

No. 989, October Term, 1942. GORDON FORM LATHE Co. *v.* FORD MOTOR Co. October 11, 1943. 319 U. S. 765.

No. 996, October Term, 1942. ELLERBRAKE *v.* UNITED STATES. October 11, 1943. 319 U. S. 775.